# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **ANGELICA OLIVAS,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | MO:25-CV-00081-DC |
| | § | |
| **CITY OF MIDLAND,** | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the report and recommendation from United States Magistrate Judge Ronald C. Griffin[1] concerning City of Midland's motion to dismiss.[2] Pursuant to 28 U.S.C. § 636(b) and Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Griffin issued his report and recommendation on July 24, 2025.[3] As of the date of this order, no party has filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error.[4]

---

[1] ECF No. 8.
[2] ECF No. 5.
[3] ECF No. 8.
[4] *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**.[5] City of Midland's motion to dismiss is **GRANTED**.[6] Angelica Olivas' hostile work environment claim under the ADA and §1983 are **DISMISSED WITH PREJUDICE**.

City of Midland is **ORDERED** to timely file its answer according to the Federal Rules of Civil Procedure.

It is so **ORDERED**.

SIGNED this 11th day of August, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[5] ECF No. 8.
[6] ECF No. 5.